UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 OCT 30 PM 3: 13

CLERK

BY ‎‎‎‎‎‎‎‎ltw
DEPUTY CLERK

| | |
|---|---|
| VALENTE, et al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:20-cv-135 |
| ) | |
| FRENCH, et al ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiffs have filed a notice that they withdraw their motion for preliminary injunction. (Doc. 49). The state defendants have advised that they do not oppose the request. Accordingly, the court will mark the motion for preliminary injunction as "voluntarily withdrawn by the moving party." The hearing scheduled for November 5, 2020, is cancelled.

The next step in this case will be plaintiffs' response to the motions to dismiss filed on October 16, 2020. (Doc. 42, 44). The 30-day response time for a dispositive motion runs on November 15, 2020. Plaintiffs' response will make it clear to the parties and the court whether they seek to continue this litigation or whether they are satisfied with the current position of the defendants. If necessary, the court will schedule a hearing on the motions to dismiss after the defendants' time to file replies.

Dated at Rutland, in the District of Vermont, this 30th day of October, 2020.

Geoffrey W. Crawford, Chief Judge
United States District Court